UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 26-cr-28 |
| | ) | |
| FRANCISCO CASTILLO-MERCHAN | ) | |
| and JOHN GIRALDO-PINEDA | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR MATERIAL WITNESS DEPOSITION

The United States of America hereby moves pursuant to Federal Rule of Criminal Procedure 15(a)(1) for an order permitting the material witness deposition of Defendant John Giraldo-Pineda. Neither defense counsel for Defendant Giraldo-Pineda nor defense counsel for Castillo Merchan objects to this motion.

Defendant Giraldo-Pineda, currently charged by indictment with Defendant Castillo-Merchan, is scheduled to plead guilty on July 13, 2026, to a misdemeanor information. At a subsequent court appearance, Defendant Giraldo-Pineda, a resident of Canada who has no lawful status in the United States, is expected to be sentenced. After he has completed any sentence, he is then expected to enter immigration custody and to go through removal proceedings. Because Defendant Giraldo-Pineda may be removed prior to any trial of Defendant Castillo-Merchan, should there be one, exceptional circumstances exist and it would be in the interest of justice to hold a deposition in order to preserve Defendant Giraldo-Pineda's testimony.

The government and respective defense counsel for Giraldo-Pineda and Castillo-Merchan have discussed the time and place for the deposition of Giraldo-Pineda and it appears that the afternoon of July 23, 2026, at the U.S. Attorney's Office in Burlington, Vermont is mutually acceptable to all parties.

WHEREFORE, the government respectfully requests that the Court issue an order pursuant to Federal Rule of Criminal Procedure 15(a)(1) permitting the deposition of Defendant Giraldo-Pineda to occur on July 23, 2026.

Dated at Burlington, in the District of Vermont, this 12th day of July, 2026.

UNITED STATES OF AMERICA

JONATHAN A. OPHARDT
First Assistant United States Attorney

By: */s/ Andrew C. Gilman*

Andrew C. Gilman
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402
(802) 951-8243
Andrew.Gilman2@usdoj.gov